UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cv-00224

**James Lee,**
*Plaintiff,*

v.

**Sheriff Jeff Price et al.,**
*Defendants.*

Before BARKER, *District Judge*

## ORDER

James Lee filed this action on May 21, 2019. Doc. 1. The case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636. Doc. 3. On January 16, 2020, Judge Mitchell entered a report and recommendation that the case be dismissed without prejudice for failure to prosecute. Doc. 19. That same day, a copy of this report was mailed to Lee at his last known address. He has not objected.

When no party objects to a magistrate judge's report and recommendation within 14 days of service, the district court "need only satisfy itself that there is no clear error on the face of the record." *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (cleaned up). There is no clear error.

Accordingly, the report and recommendation (Doc. 19) is **adopted**. This case is **dismissed without prejudice** for failure to prosecute. Any outstanding motions are **denied as moot**. The clerk of court is **directed** to close this case.

*So ordered by the court on April 8, 2020.*

J. CAMPBELL BARKER
United States District Judge